*Judgment affirmed. All the Justices concur.*
Decided January 5, 1973.

Eric Wyms, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 27617. GEORGE v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
Decided January 5, 1973.

Charles D. George, *pro se.*
*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, David L. G. King, Jr., Assistant Attorneys General,* for appellee.

## 27541. RUCKER v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
Decided January 23, 1973.

L. G. Rucker, *pro se.*

## 27577. BROOKS v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
Decided January 23, 1973.